O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO. CR10-150-CAS |
| Plaintiff,  ) | |
| v.  ) | FINAL REVOCATION OF |
| JAMES DANAHER,  ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant.  ) | |
| _____  ) | |

On October 24, 2013, this matter came before the Court on Petition on Probation and Supervised Release originally filed on October 16, 2013. Government counsel, Mark Yohalem, the defendant and his appointed DFPD attorney, Kim Savo, were present. The U.S. Probation Officer, Christopher Quici, was also present.

The defendant admits the allegation, in violation of his supervised release, as stated in the Petition filed on October 16, 2013. The Court further finds that the defendant is in violation of the terms and conditions of her supervised release imposed on June 23, 2011, and modified on June 17, 2013.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby continued under the same terms and conditions previously imposed, and as modified on June 17, 2013, with the added special condition as follows:

- Defendant shall participate for a period of three (3) months in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit

or automated identification systems, and shall observe all rules of such program, as directed by the Probation Officer. The defendant shall maintain a residential telephone line without devices and/or services which may interrupt operation of the monitoring equipment; and the offender shall pay the costs of home confinement to the contract vendor, not to exceed the sum of $14.00 for each day of participation. The defendant shall provide payment and proof of payment as instructed by the Probation Officer. This term of three (3) months home detention is in addition to the 406-day term of home detention ordered by the Court on June 17, 2013.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   October 25, 2013

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
Catherine M. Jeang,  Deputy Clerk