O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10cr00150CAS - 1 |
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF |
| | ) | SUPERVISED RELEASE AND |
| JAMES DANAHER, | ) | JUDGMENT |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

On November 9, 2020 and December 9, 2020, this matter came before the Court on Petition on Probation and Supervised Release originally filed on November 4, 2020. Government counsel, Alexander Robbins and Julian Andre, the defendant and his appointed Deputy Federal Public Defender attorney, Kim Savo, were present.  The U.S. Probation Officer, Mia Espinoza, was also present.

The defendant admits allegations 1, 3 and 4, in violation of his supervised release, as stated in the Petition filed on November 4, 2020.  The defendant denies allegations 2 and 5, in violation of his supervised release, as stated in the Petition filed on November 4, 2020. The grants defendant's Motion to Dismiss Allegations 2 and 5 of the Violation Petition[78] by separate order.

THE COURT FINDS the admissions voluntary and knowledgeable and accepts them.

/ / /

THE COURT FURTHER FINDS that the defendant is in violation of the terms and conditions of his release as set forth in the Judgment and Probation/Commitment Orders of June 23, 2011, June 17, 2013 and October 25, 2013.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked and defendant is sentenced to the custody of the Bureau of Prisons for a term of three (3) months.  Upon release from imprisonment, defendant shall be placed on supervised release for a term of thirty-six (36) months, under the same terms and conditions previously imposed, and as modified on June 17, 2013 and October 25, 2013.

IT IS FURTHER ORDERED that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, on February 1, 2021.  In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at:  Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

Counsel and the Probation Officer shall meet and confer regarding custodial facilities, as discussed on the record.  The Court sets a Status Conference on **February 22, 2021**, at **1:00 P.M.**

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:       December 9, 2020

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY, CLERK


By: ____/S/_____
     Catherine M. Jeang,  Deputy Clerk

2